■ Citibank, N. A., Respondent, v Amos Williams et al., Defendants, and Douglas V. O'Connell, Appellant. [628 NYS2d

539] —Appeal by the defendant Douglas V. O'Connell from an order of the Supreme Court, Suffolk County (Doyle, J.), dated February 15, 1994.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Doyle at the Supreme Court. Sullivan, J. P., Miller, Thompson and Hart, JJ., concur.